United States District Court
Southern District of Texas
**ENTERED**
February 10, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. **B-15-806** |
| | § | |
| **Felipe Piedra-Macedo** | § | |

## ORDER

BE IT REMEMBERED on this 10th day of February, 2016, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **October 26, 2015**, wherein the defendant **Felipe Piedra-Macedo** waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Felipe Piedra-Macedo** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant **Felipe Piedra-Macedo** guilty of the offense of being an alien who had previously been denied admission, excluded, deported, or removed, after having been convicted of a felony, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained consent to reapply for admission into the United States from the Attorney General of the United States or Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

SIGNED this the 10th day of February, 2016.

_____
Rolando Olvera
United States District Judge